HAMILTON B. TOMPKINS, Appellant, *v.* MORTON TRUST COM-
PANY, Defendant, THOMAS HASTINGS, Respondent, and
CAROLINE H. MEEKER et al., Appellants, Impleaded with
Others.

*Tompkins* v. *Morton Trust Co.*, 91 App. Div. 274, affirmed.
(Argued April 26, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April

21, 1904, modifying and affirming as modified a judgment entered upon the report of a referee in an action to ascertain the rights of the parties thereto in certain securities in the possession of the defendant Morton Trust Company.

*Frederick H. Man* and *Thomas J. Sanson* for plaintiff, appellant.

*Walter F. Taylor* for Caroline H. Meeker, appellant.

*Felix Jellenik* for Henry Moeller, appellant.

*Charles F. Brown* and *Alfred Ely* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ., and CULLEN, Ch. J., in result.